# SALON MARROW DYCKMAN NEWMAN & BROUDY LLP

ATTORNEYS AT LAW

LIVIU VOGEL*
Partner

lvogel@salonmarrow.com
direct dial (646) 843-1909

*also admitted in Connecticut

292 MADISON AVENUE • NEW YORK, NY 10017

Telephone (212) 661-7100
Facsimile (212) 661-3339

One University Plaza, Suite 408
Hackensack, NJ 07601
Telephone (201) 662-0656
Facsimile (201) 487-9054

257 Lyons Plains Road
Weston, CT 06883
Telephone (203) 227-0023
Facsimile (646) 843-1910

800 Corporate Drive, Suite 208
Ft. Lauderdale, FL 33334
Telephone (954) 491-0099
Facsimile (954) 491-1544

November 28, 2012

Via e-mail Jim_Reily @nysd.uscourts.gov

Honorable Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Peterson v. Standard Chartered Bank;
      Case No.: 12 civ. 6257 (SAS)

Dear Judge Scheindlin:

This firm represents the Peterson Plaintiffs in the captioned action. The case is scheduled for an initial conference before your Honor on Thursday, November 29, 2012 at 4:00 p.m. Although the defendants have not yet appeared, we have been in contact with their attorney, Joseph Neuhaus, who is copied on this letter. The parties have reached an agreement in principle that would result in the filing of a voluntary dismissal without prejudice under Rule 41(a), but need additional time to finalize a formal agreement. Mr. Neuhaus and I respectfully request a postponement of the initial conference for a period of two weeks (or a later date that suits the Court's convenience). We anticipate concluding our agreement and filing a voluntary dismissal within the two week period.

Respectfully submitted,

Liviu Vogel

LV:rcj

cc:   Joseph Neuhaus (via e-mail)

*Handwritten annotation by Judge:* Request granted. The initial conference has been re-scheduled for December 14, 2012, at 4:30 p.m. If the parties do not voluntarily dismiss this case before that date, the initial conference will proceed as scheduled. No further adjournment requests will be granted. SO ORDERED. 11/28/12